**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation,<br><br>            Plaintiff(s),<br><br>v.<br><br>DANIEL J. HOHMAN, individually and as a Natural Parent and Guardian of C.H., a minor; and SERGIO MITCHELL, an individual,<br><br>            Defendant(s). | 2:21-cv-01622-GMN-VCF<br><br>**ORDER** |

   Before the Court is *Liberty Insurance Corporation v. Daniel J. Hohman, et al.*, case number 2:21-cv-01622-GMN-VCF.

   A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

   Accordingly,

   IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 18, 2022.

   DATED this 5th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE